**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO.** 2:25-cr-173 |
| **Plaintiff,** | **JUDGE** Morrison |
| **vs.** | **INDICTMENT** |
| **RODERICK M. BATTISTE,** | **18 U.S.C. § 922(g)(1)**<br>**18 U.S.C. § 924(a)(8)** |
| **Defendant.** | **FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**(Felon in Possession of a Firearm)**

1.      On or about August 27, 2025, in the Southern District of Ohio, the defendant, **RODERICK M. BATTISTE**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: one Ruger Security 9, 9mm pistol, bearing serial number 386-09570, said firearm having been shipped and transported in interstate or foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

**FORFEITURE ALLEGATION**

2.      The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

3.      Upon conviction of any offense alleged in the Indictment, the defendant, **RODERICK M. BATTISTE**, shall forfeit to the United States, in accordance with 18 U.S.C. § 924(d)(1) and 28

U.S.C. § 2461(c), all firearms and ammunition involved in or used in such offense, including, but not limited to:

- One Ruger Security 9, 9mm pistol, bearing serial number 386-09570; and
- Any associated ammunition.

**Forfeiture pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

**A TRUE BILL.**

*s/Foreperson*
**GRAND JURY FOREPERSON**

**DOMINICK S. GERACE II**
**UNITED STATES ATTORNEY**

**ELIZABETH A. GERAGHTY (0072275)**
**Assistant United States Attorney**

2